ALEXANDER F. KESSLER, Appellant, v. IKE HAMBURGER, Respondent. — Judgment unanimously affirmed, with costs.

MARGARET L. LYMAN, as Administratrix, etc., of ARDEN N. LYMAN, Deceased, Appellant, v. THE DELAWARE AND HUDSON COMPANY, Respondent.— Order unanimously affirmed, with costs.

GEORGE McDONALD, Respondent, v. MOHAWK GAS COMPANY OF SCHENECTADY, Appellant.— Judgment and order affirmed, with costs. All concurred, except Woodward, J., who dissented.

WALTER McNAUGHTON, Respondent, v. ROBERT DUMARY, Appellant.— Judgment unanimously affirmed, with costs.

MARK E. MONAGHAN, Respondent, v. THE RUTLAND RAILROAD COM- PANY, Appellant.— Judgment and order unanimously affirmed, with costs.

MOHAWK HYDRO-ELECTRIC COMPANY, Respondent, v. MORTIMER EVEREST and EDITH V. EVEREST, Appellants.— Judgment unanimously affirmed, with costs.

MOHAWK IMPROVEMENT COMPANY, INC., Respondent, v. MORTIMER EVEREST and EDITH V. EVEREST, Appellants.— Judgment unanimously affirmed, with costs.

EUGENE MARKS, an Infant, by FRANK MARKS, His Guardian ad Litem, Respondent, v. WILLIAM C. ROCHE, Appellant.— Judgment and order affirmed, with costs. All concurred, except Woodward, J., who dissented.

MARY E. MONTAGUE, Respondent, v. MANHATTAN NAVIGATION COM- PANY, Appellant.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Application of ELIZABETH T. PRATT, Appellant, to Compel an Accounting by THOMAS F. POWERS, an Attorney, Respond- ent, for Moneys, etc.— Orders unanimously affirmed, with ten dollars costs and disbursements, on the opinion in *Matter of Carney* (175 App. Div. 201), decided herewith. Cochrane, J., not sitting. The court approves of the sixth finding of fact of the referee, as follows: That the reasonable value of the defendant's (now respondent) services in these proceedings is fifty per cent of the distributive share of the plaintiff after deducting from such distributive share the necessary expenses of the defendant's proceedings in plaintiff's behalf; and such finding should be inserted in the decision herein as a finding of fact.

In the Matter of Contempt Proceedings in the Action of THE NEW YORK CENTRAL RAILROAD COMPANY and CLINTON VAN BUSKIRK, Appellants, v. HENRY A. MAUTERSTOCK, Respondent.— Order unani- mously affirmed, with ten dollars costs and disbursements.

In the Matter of the Application for Letters of Administration upon the Goods, Chattels and Credits of BERTHA C. WATSON, Deceased. THE PEO- PLE OF THE STATE OF NEW YORK and Another, Appellants; FREDERICK C. WATSON, Respondent.— Decree unanimously affirmed on the opinion of the surrogate, with costs. (Reported in 97 Misc. Rep. 538.)